```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      - against -                          03 Civ 7045 (HB)

BRIGHTPOINT, INC.,
AMERICAN INTERNATIONAL GROUP, INC.,
PHILLIP BOUNSALL,
JOHN DELANEY, AND
TIMOTHY HARCHARIK,

                Defendants.

- - - - - - - - - - - - - - - - - - X
```

Electronically Filed<br>
MOTION TO ARGUE A PARTICULAR CASE<br>
<u>PURSUANT TO LOCAL RULE 1.3(c)</u>

Comes now the undersigned attorney and moves the court for permission, pursuant to local rule 1.3(c), to argue a particular case; namely, the United States Attorney's Office for the Southern District of Indiana's motion to intervene in *Securities and Exchange Commission v. Brightpoint, et. al.*, 03 CV 7045 (HB).

In support of this motion and pursuant to Local Rule 1.3(c), the undersigned states that:

1. Attached is a certificate of the United States District Court for the Southern District of Indiana issued within thirty days of this motion that he is a member of the bar of that court, and

    2.  He  is a member in good standing of the bar of the State of Indiana.

Dated:    April 12, 2005

                                TIMOTHY M. MORRISON
                                Acting United States Attorney
                                Southern District of Indiana
                                10 W. Market Street, Suite 2100
                                Indianapolis, Indiana  46204

                        By:    s/_____
                                Winfield D. Ong (WO 1730)
                                Assistant U.S. Attorney
                                (317) 226-6333