*United States District Court*
*Southern District of Indiana*
*Office of the Clerk*



*Certificate of Good Standing*

I, Laura A. Briggs, Clerk of the United States District Court, DO HEREBY CERTIFY that Winfield D. Ong was duly admitted to practice in said Court on March 1, 1989, and is in good standing as a member of the bar of said Court.

DATED on April 4, 2005.

*Laura A. Briggs*
CLERK OF COURT

BY _____
DEPUTY CLERK