UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  - against -                       03 Civ 7045 (HB)

BRIGHTPOINT, INC.,
AMERICAN INTERNATIONAL GROUP, INC.,
PHILLIP BOUNSALL,
JOHN DELANEY, AND
TIMOTHY HARCHARIK,

        Defendants,

------------------X

Electronically Filed
**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the accompanying Government's Memorandum of Law in Support of Motion to Intervene and to Stay Discovery, the United States will move this Court on April 28, 2005 or as soon thereafter as the parties may be heard, before the Honorable Harold Baer, Jr., at the United States Courthouse at 500 Pearl Street, New York, New York, pursuant to Rule 24 of the Federal Rules of Civil Procedure, for intervention for the limited purpose of seeking a stay of discovery and for such other relief as the Court deems appropriate.

Dated:    April 12, 2005

                            Respectfully submitted,
                            TIMOTHY M. MORRISON
                            Acting United States Attorney
                            Southern District of Indiana
                            10 West Market Street, Suite 2100
                            Indianapolis, Indiana 46204

        By:    s/_____
              Winfield D. Ong (WO 1730)
              Assistant U.S. Attorney
              (317) 226-6333