AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

v.

BrightPoint, Inc., et al.

## APPEARANCE

Case Number: 03 Civ 7045 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Securities and Exchange Commission

I certify that I am admitted to practice in this court.

April 19, 2005
Date

Signature

Valerie A. Szczepanik
Print Name

VS0335
Bar Number

3 World Financial Center - Room 4300
Address

New York, New York 10281-1022
City State Zip Code

(212) 336-0175
Phone Number

(212) 336-1317
Fax Number