UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
:
                      **Plaintiff,**  :
:
                 -against-  :
:    03 Civ. 7045(HB)
BRIGHTPOINT, INC.,  :
AMERICAN INTERNATIONAL GROUP, INC.  :    NOTICE OF
PHILLIP BOUNSALL,  :    ADDRESS CHANGE
JOHN DELANEY, AND  :
TIMOTHY HARCHARIK,  :
:
:
Defendants.  :
------------------------------------------------------------X

      PLEASE TAKE NOTICE of the new office address and telephone numbers for the attorneys for Plaintiff Securities and Exchange Commission:

<u>**Effective April 25, 2005**</u>

Securities and Exchange Commission
3 World Financial Center
Room 4300
New York, New York 10281-10022

<u>**Effective April 18, 2005**</u>

Mark K. Schonfeld, Regional Director, Tel: (212) 336-1020
Valerie A. Szczepanik, Senior Trial Counsel, Tel: (212) 336-0175
Eva M. Saketkoo, Senior Attorney, Tel: (212) 336-0158

Dated:  New York, New York
          April 19, 2005

                                        SECURITIES AND EXCHANGE COMMISSION
                                        Mark K. Schonfeld, Director
                                        Northeast Regional Office

                                        By_____
                                        Valerie A. Szczepanik (VS0335)
                                        3 World Financial Center
                                        New York, New York  10281-1022
                                        (212) 336-0175